**IN THE U. S. DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| STARR HOMES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:21-cv-02031-EFM-GEB |
| ) | |
| ALLEN SCHLUP, AMANDA SCHLUP, ) | |
| JEFFERY B. DEGASPERI, DEGASPERI & ) | |
| ASSOCIATES ARCHITECTURE, INC., ) | |
| BOB D. CAMPBELL AND COMPANY, ) | |
| MICHAEL B. FALBE, and CARSON ) | |
| DEVELOPMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF No. 11). Plaintiff Starr Homes LLC and Defendants Jeffery B. DeGasperi, DeGasperi & Associates Architecture, Inc., Bob D. Campbell and Company, and Michael Falbe hereby stipulate to entry of an Order as follows:

1. Defendants Jeffery B. DeGasperi, DeGasperi & Associates Architecture, Inc., Bob D. Campbell and Company, and Michael B. Falbe do not oppose entry of the Preliminary Injunction against them.

2. Defendants Jeffery B. DeGasperi, DeGasperi & Associates Architecture, Inc., Bob D. Campbell and Company, and Michael B. Falbe shall not copy, distribute, sell, display or transfer to any third party the floor plans at issue in this case.

-2-

3. The is no harm to the above Defendants Jeffery B. DeGasperi, DeGasperi & Associates Architecture, Inc., Bob D. Campbell and Company, and Michael B. Falbe by entry of this Preliminary Injunction.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Preliminary Injunction is granted as to Defendants Jeffery B. DeGasperi, DeGasperi & Associates Architecture, Inc., Bob D. Campbell and Company, and Michael B. Falbe.  Finding an absence of proof showing a likelihood of harm, a bond is unnecessary..

IT IS SO ORDERED.

Dated this 24th day of March, 2021, at Wichita, Kansas.

*Eric F. Melgren* (signature)

Eric F. Melgren
United States District Judge