# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STARR HOMES LLC,

           Plaintiff,

v.                                        Case No. 21-2031-EFM-GEB

ALLEN SCHLUP., ET AL.,

           Defendants.

## REVISED SCHEDULING ORDER

Having considered Defendants' Unopposed Motion to Modify the Scheduling Order (ECF No. 71), the Court finds that good cause has been shown to modify the schedule and the motion should be granted.[1]

IT IS THEREFORE ORDERED that the Joint Motion to Modify the Scheduling Order (**ECF No. 71**) is hereby **GRANTED**, and the scheduling order shall be revised as noted in the table that follows. **Note the Court has adjusted the parties' proposals to align with the Court's practices regarding the timing of discovery and pretrial conferences**. Additionally, all other information and instructions included in the Scheduling Order (ECF No. 40) shall continue to govern this case.

---

[1] As used in this scheduling order, the term "plaintiff" includes plaintiffs as well as counterclaimants, cross-claimants, third-party plaintiffs, intervenors, and any other parties who assert affirmative claims for relief. The term "defendant" includes defendants as well as counterclaim defendants, cross-claim defendants, third-party defendants, and any other parties who are defending against affirmative claims for relief.

**IT IS SO ORDERED.**

Dated December 10, 2021, at Wichita, Kansas.

s/ Gwynne E. Birzer
Gwynne E. Birzer
U.S. Magistrate Judge

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Experts disclosed by Defendant | 1/17/22 |
| Rebuttal experts disclosed | 2/18/22 |
| Supplementation of initial disclosures | Per rule and 40 days before the deadline for completion of all discovery. |
| All discovery completed | 4/15/22 |
| Proposed pretrial order due | 4/21/22 |
| Pretrial conference | 4/28/22 @ 11:00 a.m. |
| All other potentially dispositive motions (e.g., summary judgment) | 5/13/22 |
| Motions challenging admissibility of expert testimony | 60 days before trial |
| Jury Trial in Kansas City — ETT 5 days | To be set |